FILE COPY

No. 07-13-00138-CR

| | | |
|---|---|---|
| Robert Bara<br>  Appellant | § | From the 396th District Court<br>  of Tarrant County |
| | § | |
| v. | | July 17, 2015 |
| | § | |
| The State of Texas<br>  Appellee | | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 17, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o